Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:20-cv-02314-GPC-KSC |
| Plaintiff, | Magistrate Judge Karen S. Crawford |
| vs. | **DISCOVERY MATTER** |
| JOHN DOE subscriber assigned IP address 104.6.138.154, | ***EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |
| Defendant. | |

1

*Ex-Parte* Application for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference
Case No. 3:20-cv-02314-GPC-KSC

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Strike 3 Holdings, LLC will and hereby does apply to the Court *ex parte* for leave to issue a third party subpoena on Defendant's Internet Service Provider to identify Defendant prior to a Federal Rule of Civil Procedure 26(f) conference.

This application is based upon: the Memorandum of Points and Authorities; the concurrently-filed Declarations of David Williamson, Patrick Paige, Susan B. Stalzer, and Emilie Kennedy; upon all pleadings and evidence on file in this matter; and upon such additional evidence or arguments as may be accepted by the Court.

Date: 12/03/2020                                   Respectfully submitted,

                                                   By: /s/ *Lincoln Bandlow*
                                                   Lincoln Bandlow, Esq.
                                                   Law Offices of Lincoln Bandlow, P.C.

                                                   *Attorney for Plaintiff*
                                                   Strike 3 Holdings, LLC

1

*Ex-Parte* Application for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference
Case No. 3:20-cv-02314-GPC-KSC